```
IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

Dated: April 08, 2011
```



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-00461

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Connie June Lewis<br>        Debtor.<br>_____<br>U.S. Bank National Association, as Trustee for CSAB Mortgage Backed pass through Certificates, Series 2006-3<br><br>        Movant,<br>  vs.<br><br>Connie June Lewis, Debtor, Russell A. Brown, Trustee.<br><br>        Respondents. | No. 2:10-BK-40653-SSC<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #13) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 20, 2006 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association, as Trustee for CSAB Mortgage Backed pass through Certificates, Series 2006-3
is the current beneficiary and Connie June Lewis has an interest in, further described as:

> PARCEL NO.1
> The West half of Lot 5, Block 2, SOUTH PIERSON PLACE, according to Book 17 of Maps, Page 45, records of Maricopa County, Arizona.
> PARCEL NO.2:
> The South 5 feet of Coolidge Street, lying adjacent to the North line of the West half of Lot 5, Block 2, SOUTH PIERSON PLACE, according to Book 17 of Maps, Page 45, records of Maricopa County, Arizona and which lies Westerly of the Northerly prolongation of the East line of said West half and Easterly of the Northerly prolongation of the West line of said Lot 5, Block 2, as abandoned by the City of Phoenix, in Resolution recorded in Document No. 860004022

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.